# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0139.  SMITH v. PEARCE.**

Melissa Kay Smith, pro se, filed this direct appeal in a child custody and legitimation case from an order in which the trial court awarded attorney fees and litigation costs under OCGA § 9-15-14.  We, however, lack jurisdiction.

Our Supreme Court has recently clarified the jurisdictional procedure regarding such cases.  Because the issue raised on appeal is the award of attorney fees and litigation costs, the appeal must be taken by application for discretionary appeal.  *See Voyles v. Voyles*, No. S17A0970, 2017 WL 1374760, at *3, 2017 Ga. LEXIS 225, at *6 (Ga. April 17, 2017); OCGA § 5-6-35.  Smith's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider her appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*